**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01600-BNB

JAMES ROGER DUNCAN,

    Plaintiff,

v.

KEITH NORDELL,
TERESA REYNOLD, and
JENNIFER ANDERSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Request for Clerk to Have Logan County Sheriffs to Delerve [sic] Complaints" (Doc. No. 9), filed on August 10, 2011. The Court is unable to construe the intent of Mr. Duncan's request and the request is DENIED as unintelligible.

    Furthermore, Plaintiff's additional request to have a copy of the amended complaint mailed to him is DENIED. Mr. Duncan may obtain copies of the electronic documents filed in this action at a cost of fifty cents per page, to be paid in advance. Mr. Duncan is advised to keep his own copies of any documents that he submits to the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated:  August 12, 2011